UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF:

PERCY SQUIRE (#0022010)
        RESPONDENT                      Case No.: 1:11-MC-053-GLF

**ORDER**

On November 18, 2011, this Court issued an Order which required Respondent to show cause why this Court should not impose the identical discipline that was imposed by the Supreme Court of Ohio pursuant to Gov. Bar R. V(6)(B)(2), and in accordance with Rule II of the Model Federal Rules of Disciplinary Enforcement, adopted by this Court on February 1, 1979.  (ECF No. 1.)  Respondent timely filed a response to the show cause order in which he requested that this Court postpone any decision pending the Supreme Court of Ohio's decision on the Motion for Reconsideration that is currently pending before it.  This Court granted Respondent's request.  (ECF No. 3.)

On January 18, 2012, the Supreme Court of Ohio denied Respondent's Motion for Reconsideration.  Respondent gave notice of said decision to this Court on January 24, 2012. (ECF No. 5.)  In light of the Supreme Court of Ohio's disposition of Respondent's Motion in that Court, the matter pending before this Court may now move forward.

**IT IS ORDERED** that Respondent shall show cause, if any he has, on or before February 17, 2012, of any claim under the grounds set forth in Section (D) of the aforementioned Rule II of the Model Federal Rules of Disciplinary Enforcement, why this Court should not impose the identical discipline on him heretofore imposed by the Supreme Court of Ohio.

1

Respondent is admonished that his failure to show cause by February 17, 2012, by a pleading filed with the Clerk of Court shall be deemed a waiver of his rights in the premises and constitute grounds for this Court to enter an Order imposing identical discipline.

**IT IS FURTHER ORDERED** that Respondent shall not represent or continue to represent any person in this Court until final resolution of this matter in this Court.

The Clerk of this Court shall cause a copy of this Order to be served on Respondent, by certified mail, return receipt requested, at Percy Squire Co., LLC, 341 S. 3rd Street, Suite 101, Columbus Ohio 43215, and to be published to this Court's official website.

**IT IS SO ORDERED.**

**/s/ Gregory L. Frost**
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**